# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 2008-0022 |
| v. ) | |
| ) | |
| KENDALL PETERSEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

FINCH, SENIOR JUDGE

      THIS MATTER comes before the Court on Defendant's Motion to Suppress and Motion for a <u>Franks</u> Hearing filed on December 19, 2008. An evidentiary hearing was held on January 29, 2009. After consideration and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

      **ORDERED** that Defendant's Motion to Suppress and Motion for a <u>Franks</u> Hearing is **DENIED.**

      **ENTERED this 3rd day of February, 2009.**

                                           /s/
                             **HONORABLE RAYMOND L. FINCH**
                             **SENIOR U.S. DISTRICT JUDGE**

2