# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 2008-0022 |
| v. ) | |
| ) | |
| KENDALL PETERSEN, ) | |
| ) | |
| Defendant. ) | |

# ORDER

FINCH, SENIOR JUDGE

      THIS MATTER comes before the Court on a Motion for Reconsideration filed by Defendant Kendall Peterson on February 4, 2009.  The Government filed its opposition to Defendant's Motion on March 6, 2009.  For the reasons stated in the accompanying Memorandum Opinion, it is hereby

      **ORDERED** that Defendant's Motion to Reconsider is **DENIED**.


      **ENTERED this 31st day of March, 2009.**

                                                  /s/
                                    **HONORABLE RAYMOND L. FINCH**
                                    **SENIOR U.S. DISTRICT JUDGE**

2